UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| BISSELL HOMECARE, INC., | ) |
| | ) Case No. 1:08-cv-724-RJJ |
| Plaintiff, | ) |
| | ) |
| v. | ) Hon. Robert J. Jonker |
| | ) |
| DYSON, INC., | ) DYSON UNIT |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

WHEREAS Plaintiff BISSELL Homecare, Inc. ("BISSELL") and Defendant Dyson, Inc. ("Dyson") (collectively, the "Parties") have conferred concerning the need to extend certain deadlines in the Court's Case Management Order ("CMO") dated September 16, 2009 (D.E. # 54), and

WHEREAS the Parties have not previously sought any extensions to the schedule set forth in the Court's CMO,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadlines with respect to disclosure of expert witnesses and service of expert reports shall be modified as follows:

a. Disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) for the party with the burden of proof shall be extended from April 30, 2010 to June 22, 2010;

b. Disclosure of rebuttal expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) shall be extended from May 31, 2010 to July 22, 2010;

c. Service of expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) for the party with the burden of proof shall be extended from May 15, 2010 to July 7, 2010; and

-2-

  d. Service of rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be extended from June 19, 2010 to August 6, 2010.

  2. The discovery deadline shall be extended from August 15, 2010 to September 15, 2010.

  3. The deadline for the ADR conference to take place shall be extended from May 31, 2010 to September 17, 2010.

Dated: April 20, 2010

Respectfully submitted,

| /s/Jeff M. Barron | /s/Jane J. Jaang |
|---|---|
| Jeff M. Barron | Jane J. Jaang |
| jbarron@btlaw.com | jaangj@sullcrom.com |
| | |
| Daniel R. Gravelyn (P40306) | Richard A. Gaffin (P31406) |
| BARNES & THORNBURG LLP | MILLER CANFIELD PADDOCK & STONE PLC |
| 171 Monroe Ave NW Suite 1000 | |
| Grand Rapids, Michigan 49503 | 99 Monroe Avenue NW, Suite 1200 |
| | Grand Rapids, Michigan 49503 |
| | |
| Paul B. Hunt | Garrard R. Beeney |
| Jeff M. Barron | Richard C. Pepperman, II |
| Michael R. Brunelle | James T. Williams |
| BARNES & THORNBURG LLP | Jane J. Jaang |
| 11 South Meridian Street | SULLIVAN & CROMWELL LLP |
| Indianapolis, Indiana 46204 | 125 Broad Street |
| | New York, New York 10004 |
| *Attorneys for Plaintiff, BISSELL Homecare, Inc.* | |
| | *Attorneys for Defendant, Dyson, Inc.* |

    SO ORDERED, this _____ day of _____, 2010

            _____
            Honorable Robert J. Jonker