UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | | |
|---|---|---|
| BISSELL HOMECARE, INC., | ) | |
| | ) | Case No. 1:08-cv-724-RJJ |
| Plaintiff, | ) | |
| | ) | Hon. Robert J. Jonker |
| v. | ) | |
| | ) | DYSON UNIT |
| DYSON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, BISSELL Homecare, Inc. ("BISSELL"), and Defendant, Dyson, Inc. ("Dyson") hereby dismiss, with prejudice, all claims and counterclaims in the above-captioned lawsuit, with each party to bear its own costs and attorneys fees.

Dated: February 7, 2011

/s/Valerie B. Mullican
Valerie B. Mullican
BARNES & THORNBURG LLP
171 Monroe Ave., NW Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
*vmullican@btlaw.com*

Paul B. Hunt
Jeff M. Barron
Michael R. Brunelle
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
*phunt@btlaw.com*
*jbarron@btlaw.com*
*mbrunelle@btlaw.com*

/s/Richard A. Gaffin
Richard A. Gaffin
Joseph M. Infante
MILLER CANFIELD PADDOCK AND STONE PLC
99 Monroe Avenue NW, Ste. 1200
Grand Rapids, Michigan 49503
(616) 454-8656
*gaffin@millercanfield.com*
*infante@millercanfield.com*

Garrard R. Beeney
Richard C. Pepperman II
James T. Williams
Jane J. Jaang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for BISSELL Homecare, Inc.*  *beeneyg@sullcrom.com*
*peppermanr@sullcrom.com*
*williamsj@sullcrom.com*
*jaangj@sullcrom.com*

*Attorneys for Defendant, Dyson, Inc.*

## IT IS SO ORDERED.

Dated: February 8, 2011      /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system on February 7, 2011. Parties may access this filing through the Court's system.

/s/Richard A. Gaffin
Richard A. Gaffin

18,775,988.2\139630-00001

2